IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| TERRI LOOP, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-241 |
| v. | ) | |
| | ) | Judge Gary L. Lancaster |
| BLIND & VISION REHABILITATION | ) | |
| SERVICES OF PITTSBURGH, | ) | Magistrate Judge Robert C. Mitchell |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, on this __12__ day of September, 2008, based upon the stipulation of the parties, and the Court having been advised that this matter has been resolved, it is hereby ORDERED that the above-captioned civil action is DISMISSED with prejudice; and the parties are to bear their own respective fees, costs and expenses. Further, this Court shall retain jurisdiction for purposes of interpreting and enforcing the Agreement of the parties.

Gary L. Lancaster
United States District Judge